

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00229-CV

Billy J. **PORTER**, Jr.,
Appellant

v.

Patricia **PORTER**,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 17-1761-CV-C
Honorable William D. Old III, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's order awarding Patricia Porter $5,000 in attorney's fees and $30,000 in conditional appellate attorney's fees is REVERSED. We REMAND the case to the trial court for a redetermination of attorney's fees. The remainder of the trial court's Final Decree of Divorce is AFFIRMED.

We ORDER all costs of this appeal be borne by the party that incurred them.

SIGNED May 26, 2021.

Luz Elena D. Chapa, Justice